IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE CLARK, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D12-5335

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed November 10, 2014.

An appeal from the Circuit Court for Duval County.
Charles W. Arnold, Judge.

William Mallory Kent, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Meredith Clark Hinshelwood, Assistant Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.